JAMES P. BALLANTINE, Bar No. 152015          JS-6
Attorney at Law
329 East Anapamu Street
Santa Barbara, California  93101
Telephone: (805) 962-2201
Facsimile: (805) 564-2048
e-mail:  jpbsblaw@aol.com

Attorney for Plaintiff
CHARLI T. MICHAELS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLI T.  MICHAELS | ) Case No. CV 08-05837 SJO (JWJx) |
|     Plaintiff, | ) |
| v. | ) JUDGMENT BY COURT |
| UNITED STATES OF AMERICA, | ) |
|     Defendant. | ) TRIAL: April 6 and 7, 2010 |
| | ) TIME:  9:00 A.M. |
| | ) COURT: Spring Courthouse - |
| | )        Courtroom 1 (2nd Floor) |
| | ) |
| | ) JUDGE:  HON. S. JAMES OTERO |

This action was tried before the Honorable S. JAMES OTERO, without a jury, on April 6 and 7, 2010, and the Court, having made its Findings of Fact and Conclusions of Law, hereby makes the following judgment:

---
JUDGMENT BY COURT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff CHARLI T. MICHAELS recover from Defendant UNITED STATES OF AMERICA the amount of $92,000.88, with post-judgment interest thereon, along with costs of suit.

Dated: June 22, 2010.

*S. James Otero*

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

LAW OFFICES OF JAMES P. BALLANTINE


_____

JAMES P. BALLANTINE
Attorney for Plaintiff CHARLI T. MICHAELS


ANDRÉ BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Chief Civil Division
JASON K. AXE
Assistant United States Attorney


_____
TIM LASKE
Assistant United States Attorney
Attorneys for Defendant, the UNITED STATES OF AMERICA